■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ANGEL PEREZ, Appellant. [715 NYS2d 858] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered April 29, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

Contrary to the defendant's contention, the court did not err in admitting into evidence a photocopy of his written statement to law enforcement officials. The People sufficiently established that the original written statement was missing, that a diligent search was made to recover the lost spiral notebook containing the statement, and that the copy was a duplicate of the original (see, Schozer v William Penn Life Ins. Co., 84 NY2d 639; People v Sims, 257 AD2d 582).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Friedmann, Krausman and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN REYES, Appellant. [715 NYS2d 860] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 1997 (People v Reyes, 239 AD2d 524), modifying a judgment of the Supreme Court, Queens County, rendered October 11, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Santucci, J. P., Sullivan, Friedmann and McGinity, JJ., concur.